JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER HENRY LISTER, SENIOR,**<br><br>Plaintiff,<br><br>v.<br><br>**CARLOS L. JUAREZ (Trial Counsel) and**<br>**LONNIE L. MCDOWELL (Appellate Counsel)**,<br><br>Defendants. | Case No. LA CV 16-02946-VBF-GJS<br><br>**FINAL JUDGMENT** |

Earlier today, this Court issued an Order (including Form CV-73P and an attachment) that denied plaintiff's request to proceed without prepayment of the case-filing fee and *sua sponte* dismissed his complaint with prejudice (without leave to amend). *See* Case Management / Electronic Filing System Document #4. Consistent with that Order, **final judgment is hereby entered in favor of both of the defendants and against the plaintiff.**

DATED: Wednesday, May 4, 2016

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge